IT IS HEREBY ORDERED that plaintiff's counsel's motion for anen banc investigation is DENIED.
IT IS FURTHER ORDERED that, upon plaintiff's counsel's motion for a continuance and with defendants' consent, and for good cause shown, the above-captioned case shall be and is CONTINUED from the December 15, 1994 Full Commission hearing docket. This case shall be scheduled at the next available regular session of Full Commission hearings, regardless of the composition of the Full Commission.
This the ____________ day of ___________________, 1994.
FOR THE FULL COMMISSION
 S/ ___________________ JAMES J. BOOKER COMMISSIONER
CONCURRING:
S/ ___________________ DIANNE C. SELLERS COMMISSIONER
S/ ___________________ THOMAS J. BOLCH COMMISSIONER